B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>McDonough Associates Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):  Unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>180 N. Stetson Ave.<br>Suite 1500<br>Chicago, IL 60601<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook                                    ZIP CODE<br>                                                   60601 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>. ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>        or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor   McDonough Associates Inc.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| x [signature]   PRESIDENT | x /s/ William J. Barrett      11/30/12 |
| Wang Engineering, Inc. | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner   Date Signed 11/27/12 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Paul Wang, Wang Engineering, Inc., 1145 North Main Street, Lombard, IL 60148 | Address: 200 West Madison St., Suite 3900, Chicago, IL 60606  Telephone No. (312) 984-3100 |
| x _____ | x /s/ William J. Barrett        Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| EJM Engineering, Inc. | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joan Berry, EJM Engineering, Inc., 411 South Wells St., Suite 1000, Chicago, IL 60607 | Address: 200 West Madison St., Suite 3900, Chicago, IL 60606  Telephone No. (312) 984-3100 |
| x _____ | x /s/ William J. Barrett        Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Structure Designs, Inc. | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Olufemi A. Oladeinde, Structure Designs, Inc., 309 West Washington St., Suite 325, Chicago, IL 60606 | Address: 200 West Madison St., Suite 3900, Chicago, IL 60606  Telephone No. (312) 984-3100 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wang Engineering, Inc., 1145 North Main St., Lombard, IL 60148 | Unsecured indebtedness | $319,658.71 |
| EJM Engineering, Inc., 411 South Wells St., Suite 1000, Chicago, IL 60607 | Unsecured indebtedness | $69,823.98 |
| Structure Designs, Inc., 309 West Washington St., Suite 325, Chicago, IL 60606 | Unsecured indebtedness | $48,163.77 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $437,646.46 |

___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor  McDonough Associates Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x /s/ William J. Barrett |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Wang Engineering, Inc. | Signature of Attorney                                Date<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Paul Wang<br>Wang Engineering, Inc.<br>1145 North Main Street<br>Lombard, IL 60148 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |
| x /s/ John Kimmy, President<br>Signature of Petitioner or Representative (State title)<br>EJM Engineering, Inc.<br>Name of Petitioner            Date Signed  11/27/12 | x /s/ William J. Barrett                    11/30/12<br>Signature of Attorney                                Date<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Joan Berry<br>EJM Engineering, Inc.<br>411 South Wells St., Suite 1000<br>Chicago, IL 60607 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Structure Designs, Inc.<br>Name of Petitioner            Date Signed | x /s/ William J. Barrett<br>Signature of Attorney                                Date<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Olufemi A. Oladeinde<br>Structure Designs, Inc.<br>309 West Washington St., Suite 325<br>Chicago, IL 60606 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Wang Engineering, Inc., 1145 North Main St., Lombard, IL 60148 | Nature of Claim<br>Unsecured indebtedness | Amount of Claim<br>$319,658.71 |
| Name and Address of Petitioner<br>EJM Engineering, Inc., 411 South Wells St., Suite 1000, Chicago, IL 60607 | Nature of Claim<br>Unsecured indebtedness | Amount of Claim<br>$69,823.98 |
| Name and Address of Petitioner<br>Structure Designs, Inc., 309 West Washington St., Suite 325, Chicago, IL 60606 | Nature of Claim<br>Unsecured indebtedness | Amount of Claim<br>$48,163.77 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$437,646.46 |

___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor   McDonough Associates Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x /s/ William J. Barrett |
|---|---|
| Signature of Petitioner or Representative (State title)<br>   Wang Engineering, Inc. | Signature of Attorney                    Date<br>   Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Paul Wang<br>Wang Engineering, Inc.<br>1145 North Main Street<br>Lombard, IL 60148 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>   EJM Engineering, Inc. | x /s/ William J. Barrett<br>Signature of Attorney                    Date<br>   Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Joan Berry<br>EJM Engineering, Inc.<br>411 South Wells St., Suite 1000<br>Chicago, IL 60607 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |
| x /s/ Olufemi A. Oladeinde            President<br>Signature of Petitioner or Representative (State title)<br>   Structure Designs, Inc.         November 30, 2012 | x /s/ William J. Barrett            11/30/12<br>Signature of Attorney                    Date<br>   Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Olufemi A. Oladeinde<br>Structure Designs, Inc.<br>309 West Washington St., Suite 325<br>Chicago, IL 60606 | Address<br>200 West Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Telephone No. (312) 984-3100 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wang Engineering, Inc., 1145 North Main St., Lombard, IL 60148 | Unsecured indebtedness | $319,658.71 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| EJM Engineering, Inc., 411 South Wells St., Suite 1000, Chicago, IL 60607 | Unsecured indebtedness | $69,823.98 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Structure Designs, Inc., 309 West Washington St., Suite 325, Chicago, IL 60606 | Unsecured indebtedness | $48,163.77 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $437,646.46 |

_____ continuation sheets attached